IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE N. ROBINSON, *Plaintiff*, v. AMERICAN READING COMPANY, *Defendant*. | Civil Action No. 24-5608 |

# ORDER

**AND NOW**, this 29th day of April, 2025, upon consideration of Defendant American Reading Company's Motion to Dismiss Plaintiff's Complaint (ECF No. 6), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the accompanying Memorandum Opinion.

**IT IS FURTHER ORDERED** as follows:

1. Plaintiff's claims for disparate treatment, hostile work environment and invasion of privacy are **DISMISSED** without prejudice, and with leave to replead within thirty (30) days.

2. Plaintiff's claim for intentional infliction of emotional distress is **DISMISSED** with prejudice.

3. Defendant's Motion to Dismiss the claim for retaliation is **DENIED** with the proviso that, in the event that Plaintiff should elect to file an amended pleading, she is **DIRECTED** to replead this claim to conform, along with all of her other claims, with Federal Rule of Civil Procedure 8(a).

**BY THE COURT:**

*/s/   Mitchell S. Goldberg*

_____
**Mitchell S. Goldberg,     J.**